**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02376-LTB

GWENDOLYN J. MATTHEWS,

 Plaintiff,

v.

THE UNITED STATES FOREST SERVICE
AND ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

 Defendants.
_____

**ORDER OF DISMISSAL**
_____

 THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc 9 - filed January 13, 2009), and the Court being fully advised in the premises, it is therefore

 ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

            BY THE COURT:

             s/Lewis T. Babcock
            Lewis T. Babcock, Judge

DATED: January 14, 2009